# LAW OFFICE OF
## STEPHANIE M. CARVLIN, ESQ.
140 Broadway, Suite 4610
New York, New York  10005

STEPHANIE M. CARVLIN, ESQ.

TELEPHONE: 212-748-1636
FAX: 212-858-7750
E-MAIL: CARVLIN@HOTMAIL.COM

August 18, 2021

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

**MEMO ENDORSED**

Re:  *United States v. Wilson (Christopher Machado)*
     21-cr-249 (SHS)

Dear Judge Stein:

I am counsel for Christopher Machado, one of the defendants in *United States v. Wilson*, 21-cr-249 (SHS). I write to request permission to join Jamal Thomas' motion filed on August 11, 2021 (Dkt. 61), to inspect records of the grand jury proceedings that returned the indictment in this case to determine whether a fair cross-section challenge to the composition of the grand jury would be appropriate. Mr. Thomas also sought, and I join in this request as well, a stay of the deadline for filing any such motion pending resolution of a case pending before this Court that raises the same issues. *United States v. Reality Lucas*, 21 Cr. 382 (SHS). The government did not oppose Jamal Thomas' motion, and the Court has granted permission for several of Mr. Machado's co-defendants to join in Jamal Thomas' motion. I seek the same relief on behalf of Mr. Machado.

Respectfully submitted,

_____/s/_____
Stephanie Carvlin

cc:  AUSA Ashley Nicholas (via ECF)
     AUSA Matthew King (via ECF)

**Request granted.**

**Dated: New York, New York
August 18, 2021**

SO ORDERED:

Sidney H. Stein, U.S.D.J.