UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,        :        _21_-Cr._249_ (SHS)

          -v-                    :        CONSENT TO PROCEED BY
                                          VIDEOCONFERENCE OR
_CHRISTOPHER, MACHADO,_          :        TELECONFERENCE_____

          Defendant.            :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

          Defendant _CHRISTOPHER MACHADO_ hereby voluntarily consents to participate in
the following proceeding via videoconference or teleconference:

_____     Initial Appearance/Appointment of Counsel

_____     Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of
          Indictment Form)

_____     Preliminary Hearing on Felony Complaint

__X__     Bail/Revocation/Detention Hearing

_____     Status and/or Scheduling Conference

_____     Misdemeanor Plea/Trial/Sentence


_____         _____
Defendant's Signature (Judge may obtain         Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant


_CHRISTOPHER MACHADO_                    _STEPHANIE CARVLIN_
Print Defendant's Name                   Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing and teleconferencing technology.


_Jan 18, 2022_                           _____
Date                                     Sidney H. Stein, U.S.D.J.