UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :          21-Cr-249 (SHS)

        -against-                              :          ORDER

CHRISTOPHER MACHADO,                         :

              Defendant(s).         :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       IT IS HEREBY ORDERED that there will be a change of plea hearing in this matter on May 5, 2022, at 4:30 p.m.

Dated: New York, New York
       April 25, 2022

                               SO ORDERED:

                               Sidney H. Stein, U.S.D.J.