MATTHEW J. KLUGER
ATTORNEY AT LAW

**MEMO ENDORSED**

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

February 26, 2025

Honorable Sidney H. Stein
Senior United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    **United States v. Christopher Machado**
>         **21 Cr. 249 (SHS)**

Dear Judge Stein:

A VOSR hearing in this matter has been scheduled for February 27, 2025, at 9:30 a.m. Mr. Machado is at liberty with bail conditions and the parties are still actively discussing a proposed disposition. Accordingly, with the consent of AUSA Matthew King and U.S. Probation Officer Robert Terry-Brooks, I respectfully request that this matter be adjourned to March 27, 2025, at 4:30.

Thank you for the Court's consideration.

Respectfully Submitted,

Matthew J. Kluger, Esq.

cc:    AUSA Ashley C. Nicolas
       AUSA Matthew King
       U.S. Probation Officer Robert Terry-Brooks

**The VOSR hearing is adjourned to March 27, 2025, at 4:30 p.m.**

**Dated: New York, New York**
**February 27, 2025**

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.