UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA, : 21-Cr-249 (SHS)

      -against- : <u>ORDER</u>

CHRISTOPHER MACHADO, :

      Defendant. :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    A conference having been held on May 14 with counsel for all parties and defendant present,

    IT IS HEREBY ORDERED that the defendant is sentenced on the violation of supervised release as follows:

    1.    Time served;

    2.    The term of supervised release is revoked and reimposed for one year with the special conditions previously imposed and the addition of (1) stand-alone location monitoring enforced by gps and (2) within 45 days defendant shall participate in the Doe Fund, or any equivalent employment program approved by his probation officer.

    If defendant is not employed within 45 days, a conference will be held on June 30, 2025, at 4:00 p.m.

Dated: New York, New York
      May 15, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.