UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-249 (SHS) |
| -against- | : | <u>ORDER</u> |
| CHRISTOPHER MACHADO, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that the stand-alone location monitoring enforced by gps is imposed for a period of three months.

Dated: New York, New York
         May 16, 2025

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.